UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT,<br>Plaintiff,<br>v.<br>W. VAUGHN, et al.,<br>Defendants. | No. 2:24-cv-01936 DAD CKD P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 26) |

Plaintiff Charles Plunkett is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2024, the assigned magistrate judge screened plaintiff's original complaint and dismissed it with leave to amend. (Doc. No. 7.) On October 17, 2024, plaintiff filed a first amended complaint and on July 7, 2025, a second amended complaint. (Doc. Nos. 10, 23.) October 14, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations recommending that plaintiff be allowed to proceed in this action on the claims for denial of medical care in violation of the Eighth Amendment brought against defendants Lehil and Bailey and that plaintiff's discrimination claim, as well as any other claims be dismissed for failure to state a cognizable claim (Doc. No. 26 at 1–2.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) No objections to the findings and recommendations were filed. However, on November 26, 2025, the court received from plaintiff an affirmative statement that plaintiff did not object to the findings and recommendations and wished to proceed only on the Eighth Amendment claims based upon allegations of denial of medical care brought against defendants Lehil and Bailey as found to be appropriate by the magistrate judge. (Doc. No. 27.) On April 6, 2026, plaintiff filed a motion seeking an update on the status of this action. (Doc. No. 28.) The undersigned apologizes to the parties for the delay in addressing the pending findings and recommendations. Due to a breakdown in a tracking system, until recently the undersigned was unaware that the findings and recommendations were pending. That tracking system failure has been corrected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 14, 2025 (Doc. No. 26) are adopted in full;
2. This action will proceed on plaintiff's claims for denial of medical care in violation of the Eighth Amendment brought by plaintiff against named defendants Lehil and Bailey;
3. All other claims asserted in plaintiff's second amended complaint are dismissed for failure to state a cognizable claim; and
4. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE